# In the United States Court of Federal Claims

JESSICA VRANICH,

           Plaintiff,

    v.

 THE UNITED STATES,

           Defendant.

No. 25-cv-0684
(Filed: October 15, 2025)

## ORDER OF DISMISSAL

On April 23, 2025, Plaintiff, Jessica L. Vranich ("Ms. Vranich"), an incarcerated pro se litigant, filed a Complaint seeking relief for "deprivation of [her] rights under the color of law" based on the alleged failure of the Butte County District Attorney's Office and state judicial officials to investigate reports of sexual assault and child abuse by the father of Ms. Vranich's child. *See* Compl. ECF No. 1, at p. 1, 4–6. Having reviewed Ms. Vranich's filings[1] and the relevant law, the Court hereby **DISMISSES** Ms. Vranich's Complaint for failure to prosecute under Rule 41(b).

In June, the Court denied Ms. Vranich's request to proceed *in forma pauperis* and explained that the Court of Federal Claims lacked jurisdiction over her claims against state and judicial officials. *See* Order at 2, ECF No. 6. The Court provided Ms. Vranich the opportunity to supplement her Motion to Proceed *in forma pauperis*, *see* ECF No. 2, on or before June 30, 2025, but noted that should she choose not to pursue litigation, the case would be dismissed without prejudice. Ms. Vranich has not submitted any additional filings in this case.

For the reasons set forth above, the Court hereby **DISMISSES** Plaintiff's Complaint, ECF No. 1, without prejudice for failure to prosecute under Rule 41(b). The Clerk of Court shall enter **JUDGMENT** accordingly.

**IT IS SO ORDERED.**

ROBIN M. MERIWEATHER
Judge

---

[1] This Order is based on the following filings: Compl., ECF No.1; *In Forma Pauperis* Application, ECF No. 2.